TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6297
James.Sweetin@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Heather Ajolo, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-01669-NJK<br><br>**Stipulation and Order to Extend Discovery Deadlines**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties request sixty (60) days extension of all discovery deadlines, which is supported by grounds and circumstances set forth below. This stipulation is filed at least 21 days before the earliest deadline to be extended (for initial expert disclosures). This is the second request for an extension of the discovery schedule.

## DISCOVERY COMPLETED

1. Defendant United States served its Initial Fed. R. Civ. P. 26 Disclosure of Witnesses and Documents on May 18, 2026.

2. Plaintiffs served their Initial Fed. R. Civ. P. 26 Disclosure of Witnesses and Documents on May 20, 2026.

3. Defendant Robert Edward Marshall served his Fed. R. Civ. P. 26 Disclosure of Witnesses and Documents on May 12, 2026.

4. Defendant United States served its initial sets of Interrogatories and Requests for Productions to Plaintiff Heather Ajolo, Rodolfo Ajolo and Lourdes Ajolo on June 18, 2026.

5. On June 23, 2026, Defendant United States requested signed HIPAA authorizations from Plaintiffs Heather Ajolo, Rodolfo Ajolo and Lourdes Ajolo on June 18, 2026.

6. Plaintiffs Heather Ajolo, Rodolfo Ajolo and Lourdes Ajolo served their discovery responses on August 18, 2026.

7. On August 28, 2026, Defendant Robert Edward Marshall conducted an independent medical exam of Plaintiff Heather Ajolo.

8. On September 2, 2026, Defendant United States issued subpoenas for Plaintiffs' medical providers.

9. On September 25, 2026, Defendant Robert Edward Marshall served his Designation of Expert Witness.

10. On October 28, Defendant Robert Edward Marshall took the deposition of Plaintiff Heather Ajolo.

**DISCOVERY REMAINING**

1. Defendant United States is in the process of gathering Plaintiffs' medical records from their medical providers. Plaintiffs included future medical expenses in their disclosures, and if additional medical providers are identified, Defendant United States anticipates requesting additional signed HIPAA authorizations.

2. Defendant United States will need to take Plaintiffs Lourdes Ajolo's and Rodolfo Hulog Ajolo's depositions.

3. Defendant United States will request Independent Medical Examinations of Plaintiffs Lourdes Ajolo and Rodolfo Hulog Ajolo.

4. The parties will need to disclose their experts and schedule their respective depositions and to take depositions of any other witnesses involved in this matter.

5. Any and all other discovery that may be appropriate and applicable under the rules.

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

Without waiver or admission against the parties, this is a personal injury action arising from a car accident on December 15, 2023. Plaintiff Heather Ajolo was subsequently involved in a second car accident on March 12, 2025.

Plaintiff Rodolfo Ajolo alleges $225,356,65 in past medical expenses and $468,000 in future medical expenses, as well as loss of wages, loss of household services, property damage and pain and suffering to be supplemented. He has identified 15 medical providers.

Plaintiff Lourdes Ajolo alleges $147,627.05 in past medical expenses from both car accidents and $258,500.00 in future medical expenses, as well as loss of wages, loss of household services, property damage and pain and suffering to be supplemented. She has identified 13 medical providers.

Plaintiff Heather Ajolo alleges $157,501.01 in past medical expenses and $35,500.00 in future medical expenses, as well as loss of wages, loss of household services, property damage and pain and suffering to be supplemented. She has identified 19 medical providers.

Defendant United States is in the process of gathering Plaintiffs' medical records from their medical providers.

It is Defendant United States' position that it is necessary to complete collection and production of medical records before expert disclosures. The current expert disclosures deadline does not permit sufficient time to collect all the records, retain experts, experts review and experts' reports. Additionally, Defendant United States needs to schedule the depositions of the other two Plaintiffs Rodolfo Ajolo and Lourdes Ajolo and their independent medical exams, which will aid the experts with their expert opinions. Counsel for the United States has been conducting discovery diligently, however heavier than normal case workload including settlement conferences in *Wells v. United States of America*, 2:23-cv-01502-CDS-DJA, *Hunter v. United States of America*, 2:25-cv-01768-ART-BNW,

Motion for Summary Judgment in *Hoekstra v. Pershing County*, 3:24-cv-00392-MMD-CSD, experts disclosures, depositions, responses to discovery requests and numerous responses in habeas immigration cases, have impeded the scheduling of Plaintiffs depositions.

The parties' counsel conferred and agreed that sixty (60) days extension would be proper. The parties agree that neither party will be prejudiced by the proposed extension, and that they may be prejudiced should the current schedule remain in place. The parties agree the extension is sought in good faith.

**EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

The following table sets forth the current deadlines and the proposed extended deadlines that are the subject of this stipulated request:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| SCHEDULED EVENT | CURRENT DEADLINE | **PROPOSED DEADLINE** |
|---|---|---|
| Initial Expert Disclosures | November 30, 2026 | **December 30, 2026** |
| Rebuttal Expert Disclosures | December 28, 2026 | **January 27, 2027** |
| Discovery Cutoff | January 26, 2027 | **February 25, 2027** |
| Dispositive Motions | March 1, 2027 | **March 31, 2027** |
| Proposed Joint Pretrial Order | March 29, 2027 | **April 28, 2027**[1] |

This request for an extension of time is not sought for any improper purpose including delay.

Respectfully submitted this 2nd day of November 2026.

THE702FIRM INJURY ATTORNEYS

*/s/Matthew P. Pawlowski*
MATTHEW P. PAWLOWSKI, ESQ.
Nevada Bar No.: 9889
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone: (702) 776-3333
Facsimile: (702) 505-9787
*Attorney for Plaintiffs*

LAW OFFICES OF CHRISTINE G. MOORE

*/s/Kelly Marie Smith*
KELLY MARIE SMITH, ESQ.
Nevada Bar No. 9192
2300 W. Sahara Ave., Suite 800
Las Vegas, Nevada 89102
Ph: 702-530-3910
Fax: 844-825-3691
*Attorneys for Defendant*
*Robert Edward Marshall*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney
*Attorney for the United States*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 2, 2026

[1] If dispositive motions were filed, the deadline for the Proposed Joint Pretrial Order would be deferred until 30 days after the Court rules on the dispositive motions.